FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 09 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

Jesus Antonio Ocampo-Guerrero

1:22MJ-707-CCB

**Government's Motion for Detention Pending Final Revocation Hearing**

The United States of America moves the Court, pursuant to 18 U.S.C. § 3143(a) and Fed. R. Crim. P. 32.1(a)(6), to detain the defendant in the custody of the U.S. Marshal pending a final revocation hearing on violation(s) of defendant's supervised release supervised release or probation. The Court should detain the defendant unless the defendant establishes by clear and convincing evidence that he or she is: 1) not likely to flee; and 2) not likely to pose a danger to the safety of any other person or to the community.

A final revocation hearing ☐ has not yet been scheduled; or ☐ is set for _____.

**Additional Information**

Defendant is present in the U.S. illegally and has no long-term ties to Georgia. He has a serious criminal history, including convictions for assault, drug trafficking, fraud violations and theft, among others. He is actively abusing methamphetamine, and the petition alleges 4 positive urinalyses for same. He has also missed multiple urinalyses and been noncompliant with substance abuse treatment. He absconded from supervision in Texas on February 2022.

Dated: 8/9, 2022

Respectfully submitted,

RYAN K. BUCHANAN
United States Attorney

75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181

/s/ Alana R. Black
ALANA R. BLACK
Assistant United States Attorney
Ga. Bar No. 785045

**Certificate of Service**

The undersigned today served this document by hand on defense counsel: Courtney O'Donnell

8/9, 2022                    /s/ ALANA R. BLACK