**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**

FILED IN OPEN COURT

DATE: 8/**18**/2022      @ **11:11**

TAPE: FTR

TIME IN COURT: **1 hour**

| | |
|---|---|
| MAGISTRATE JUDGE    CHRISTOPHER C. BLY | COURTROOM DEPUTY CLERK:    JAMES JARVIS |
| CASE NUMBER:    1:22-MJ-**707**-CCB | DEFENDANT'S NAME: **Jesus Antonio Ocampo-Guerrero** |
| AUSA:    **Alana Black** | DEFENDANT'S ATTY: **Courtney O'Donnell** |
| USPO / PTR: | ( ) Retained    ( ) CJA    (✓) FDP    ( ) Waived |

EXHIBITS    ☐ Yes    ☐ No

_____ ARREST DATE _____

_____ Initial appearance hearing held.                    _____ Defendant informed of rights.

✓ Interpreter sworn: **Lee Hockaday**

## COUNSEL

_____ ORDER appointing Federal Defender as counsel for defendant.

_____ ORDER appointing _____ as counsel for defendant.

_____ ORDER: defendant to pay attorney's fees as follows: _____

## IDENTITY / PRELIMINARY HEARING

_____ Defendant ORALLY WAIVES identity hearing.                    _____ WAIVER FILED

_____ Identity hearing HELD.        _____ Def is named def. in indictment/complaint; held for removal to other district.

_____ Defendant ORALLY WAIVES preliminary hearing in this district only.    _____ WAIVER FILED

_____ Preliminary hearing HELD.    _____ Probable cause found; def. held to District Court for removal to other district

_____ Commitment issued. Detention hearing to be held in charging district

## BOND/PRETRIAL DETENTION HEARING

_____ Government motion for detention filed .                    @ _____

_____ Pretrial hearing set for _____ @ _____    ( )    In charging district.)

_____ Bond/Pretrial detention hearing held.

✓ Government motion for detention  ( ) GRANTED    (✓) DENIED

_____ Pretrial detention ordered.    _____ Written order to follow.

✓ BOND set at **$10,000**        ✓ NON-SURETY    _____ SURETY

        _____ cash            _____ property    _____ corporate surety ONLY

SPECIAL CONDITIONS: _____

_____

✓ Defendant released.

_____ Bond not executed. Defendant to remain in Marshal's custody.

_____ Motion ( _____ verbal)  to reduce/revoke bond filed.

_____ Motion to reduce/revoke bond    _____ GRANTED    _____ DENIED

_____ See page 2